IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLYDE WAYNE BRONSON, ) ) Petitioner, ) ) v. ) ) FRED BRITTEN, Warden, ) ) Respondent. ) ) | 8:10CV442 ORDER TO STRIKE |

IT IS ORDERED that the clerk of the court shall strike the Memorandum and Order Granting Motion for Summary Judgment, filing 13, due to a clerical error.

Dated June 6, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge